# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 726 MAL 2016

         Respondent            :

                                  :    Petition for Allowance of Appeal from

          v.                  :    the Order of the Superior Court

                                  :

LORI JEAN JOHNSON,            :

         Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.